606 A.2d 354

WILLIAM HARM, v. JERSEY CENTRAL POWER & LIGHT
COMPANY, AND JAMES AND ANNE THORNLEY, v.
BOROUGH OF POINT PLEASANT.

January 2, 1992.

The parties having stipulated to a dismissal of this matter, it is ORDERED that the appeal is dismissed.

606 A.2d 354

SEAN LANT, v. JOHN MARCELLO, AND
GETTY PETROLEUM CORP.

February 14, 1992.

Leave to appeal is granted.